

EAA

**FILED**
3/20/2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

RECEIVED

FEB 2 4 2017 EW

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Firas M. Ayoubi

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Cook County
Superintendent Thomas
Unknown Sergeant
DFM Employee 1
DFM Employee 2
DFM Employee 3            Commander Tate

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

Case No: _____
(To be supplied by the Clerk of this Court)

1:17-cv-01464
Judge Rebecca R. Pallmeyer
Magistrate Judge Young B. Kim
PC9

**CHECK ONE ONLY:**          **AMENDED COMPLAINT**

____  **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
**U.S. Code** (state, county, or municipal defendants)

____  **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
**28 SECTION 1331 U.S. Code** (federal defendants)

✓    **OTHER** (cite statute, if known)    Count 1: Deliberate Indifference, 42 U.S.C. 1983
Count 2: Deliberate Indifference, 42 U.S.C. 1983
(Based upon Living conditions)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR*
*FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

Count 3: Negligence (Tort Claim)
Count 4: Indemnification.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**I.  Plaintiff(s):**

A.   Name: Firas Ayoubi

B.   List all aliases: n/a

C.   Prisoner identification number: 2012-1207168

D.   Place of present confinement: Cook County Dep't of Corrections

E.   Address: 2700 S. California Blvd. Chicago, IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II.  Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.   Defendant: Cook County

Title: A municipal corporation

Place of Employment: Cook County.

B.   Defendant: Superintendent Thomas

Title: Superintendent - CCDOC - Division 6

Place of Employment: Cook county Sheriffs Office

C.   Defendant: Unknown Sergeant

Title: Sergeant - CCDOC - Division 6

Place of Employment: Cook county Sheriffs Office.

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

II: List All Defendants    (continued)

D: Defendant:   DFM Employee 1
Title:  Plumber
Place of Employment: Cook county Dep't of Facilities Management

E. Defendant: DFM Employee 2
Title:  Plumber
Place of Employment: Cook county Dep't of Facilities Management

F: Defendant: DFM Employee 3
Title:  Plumber - Supervisor
Place of Employment: Cook county Dep't of Facilities Management

G: Defendant: Commander Tate
Title: commander - CCDOC Div 6
Place of Employment: Cook co. Sheriffs office

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: Ayoubi v. Dart 13c8343

B. Approximate date of filing lawsuit: 11/19/13

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: n/a

D. List all defendants: Thomas Dart — (then amended to include tier officers the identities of which are known to my attorney Christopher Graham.

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): USDC N.D. Ill.

F. Name of judge to whom case was assigned: Hon. Virginia Kendall.

G. Basic claim made: conditions of confinement

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Dismissed w/prejudice (settlement)

I. Approximate date of disposition: Approx Nov 2016

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _Ayoubi v. Dart 14c5089_

B. Approximate date of filing lawsuit: _7/2/2014_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _n/a_

D. List all defendants: _Tom Dart, Connie mennella, Tyree Currie, Ram Raju, Carlos Altez, John Bailey, c. white, Syas, Danos, Schmidt, walker_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _Northern District of Ill_

F. Name of judge to whom case was assigned: _Hon Charles R. Norgle_

G. Basic claim made: _Unecessary use of force, Deliberate indifference to serious medical needs_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Voluntary dismissal_

I. Approximate date of disposition: _8/28/14_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

III.   List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A.   Name of case and docket number: _Ayoubi v. Dart et al._
_14 C 3331_

B.   Approximate date of filing lawsuit: _5/7/14_

C.   List all plaintiffs (if you had co-plaintiffs), including any aliases: _N/A_

D.   List all defendants: _Tom Dart, Mark Smith, Sheriff Officer 1_

E.   Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _Northern District of Illinois_

F.   Name of judge to whom case was assigned: _Honorable Charles R. Norgle sr._

G.   Basic claim made: _Racial Profiling, Unlawful Search and Siezure, Unecessary use of excessive Force, Assault and Battery_

H.   Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Pending_

I.   Approximate date of disposition: _N/A_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

III : List all Lawsuits (continued)

A : name of Case + Docket # : 13 C 8556 Ayoubi v. City of Desplaines

B : Approx Date of Filing : 11/26/13

C : List all Plaintiffs : Firas Ayoubi

D : List all Defendants. City of Desplaines, ofc. Contreras.


E : Court in which Lawsuit was Filed : USDC N.D. Ill.

F : Name of Judge : Hon. Edmond Chang

G : Basic Claim made : Racial Profiling, unlawful siezure

H : Disposition : Dismissed w/Prejudice. settlement

I : Approx. Date of Disposition . Approx Dec 2016


A : Name of Case + Docket # : Ayoubi v. Dart 13 C 8983

B : Approx Date of Filing : 12-16-13

C : List all Plaintiffs : Firas Ayoubi

D : List all Defendants : Tom Dart, John Murphy, Tyrone Everhard, Enica Queen, Dr. Marghoob Khan, Dr. Connie Mennella.

E : Court in which Lawsuit was Filed : USDC N.D. Ill.

F : Name of Judge : Hon. Charles Norgle

G : Basic Claim made : Deliberate indifference, Negligence

H : Disposition : Dismissed, (Post judgement motions Filed)

I : Approx Date of Disposition : 1/11/2017

III : List all Lawsuits (continued)

A: Name of Case + Docket #: Ayoubi v. Dart  14c50
B: Approx Date of Filing: 1-3-14
C: List all Plaintiffs:  Firas Ayoubi
D: List all Defendants: Tom Dart, Ram Raju, Connie Mennella, John Bailey

E: Court in which Lawsuit was Filed: USDC N.D. Ill.
F: Name of Judge: Hon. Charles Norgle
G: Basic claim made: Deliberate indifference, unnecessary Use of Force
H: Disposition: Dismissed
I: Approx Date of Disposition: Approx June/July 2014


A: Name of Case + Docket #: Ayoubi v. Przybylo   14 c 607 51
B: Approx Date of Filing: 1-3-14
C: List all Plaintiffs:  Firas Ayoubi
D: List all Defendants: Joseph Romano, Dennis McCenerney, Sgt. Huinker, George Alexopoulos, Thomas Fragassi.
E: Court in which Lawsuit was Filed: USDC N.D. Ill.
F: Name of Judge: Hon. Andrea Wood
G: Basic claim made: Unlawful Detention, Use of Force, No Probable cause
H: Disposition: Pending
I: Approx Date of Disposition: n/a.

III. List all Lawsuits (continued)

A: Name of Case + Docket #: Ayoubi v. Basilon  14 c 602
B: Approx Date of Filing: 1/27/14
C: List all Plaintiffs: Firas Ayoubi
D: List all Defendants: Joe Basilone, Danielle McGaughy, Samantha Yakush
Marvin Fisher.
E: Court in which Lawsuit was filed: USDC N.D. Ill.
F: Name of Judge: Hon Amy St. Eve
G: Basic Claim made: Employment Discrimination
H: Disposition: Pending
I: Approx Date of Disposition: n/a


A: Name of Case + Docket #: Ayoubi et al. v. Dart et al  14 C 549
B: Approx Date of Filing: 1/24/14
C: List all Plaintiffs: Leon Banks, Chante Johnson, Firas Ayoubi
D: List all Defendants: Tom Dart, Tyree Currie, Sgt. Nanos,

E: Court in which Lawsuit was filed: USDC N.D Ill.
F: Name of Judge: Hon Charles R. Norgle.
G: Basic Claim made: Deprivation of Religious Diets, Services, RLUIPA.
H: Disposition: Dismissed  (Moving for reconsideration)
I: Approx Date of Disposition, Feb 2017

III: List all Lawsuits (continued)

A: Name of Case + Docket #: Ayoubi v. Dart 14c1701
B: Approx Date of Filing: 3/11/14
C: List all plaintiffs: Firas Ayoubi
D: List all Defendants: Tom Dart, CCSO Empl. 1 and 2

E: Court in which Lawsuit was Filed: USDC N.O. Ill.
F: Name of Judge: Hon. Charles Norgle
G: Basic Claim made: Retaliation (Legal mail)
H: Disposition: Dismissed (Received Strike)
I: Approx Date of Disposition: ≅ July 2014


A: Name of Case + Docket #: Ayoubi v. Dart 14c1703
B: Approx Date of Filing: 3/11/14
C: List all plaintiffs: Firas Ayoubi, Leon Banks, Chante Johnson, Josimar Garita
D: List all Defendants: Tom Dart, Toni Preckwinkle

E: Court in which Lawsuit was Filed: USDC N.O. Ill.
F: Name of Judge: Hon Charles R. Norgle
G: Basic Claim made: Exposure to communicable Diseases (clothing, cleaning supplies)
H: Disposition: Dismissed (received strike)
I: Approx Date of Disposition: 4/8/14

LIST ALL LAWSUITS CONTINUED:

Name of case and dkt # ayoubi v. cook county sheriffs office
14-cv-5179

Plaintiffs: firas ayoubi

Defendants: tom dart, CCSO, Tom Dart, cmdr Pan, Lt Tegge, Tyree Currie, cora Smith, John Murphy, Nanos, Johnson.

court in which suit was filed: northern district of illinois

judge: hon Charles r Norgle sr.

basic claim made: conditions of confinement, structural plant damage caused injury to plaintiff, this case is pending on appeal

disposition: dismissed , received strike

date of disposition: ≅ 7/2014

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**IV.    Statement of Claim:**

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places.  **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

Introduction.

1. This action, arises out of violations of the 8th and 14th amendments to the U.S. Const. where defendants deliberately disregarded a threat to Plaintiff's health and safety where they housed Plaintiff in a cell in Cook co. jail. Div 6, on the bottom tier, that repeatedly backs up raw sewage through, all the toilets on the bottom tier, including the toliet in his cell. Thereby exposing Plaintiff to human wastes. Plaintiff also seeks the Tort of Negligence against defendants. And Indemnification against Cook county.

Facts

2.  Plaintiff is currently a pretrial detainee at Cook county jail

3.  while in custody, he was residing on tier 1Q in Div. 6, Cell 10 on the bottom tier on oraround

4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Nov. 2015 through Jan. 2016

4. While being housed there, all the toilets on the bottom tier, including the toilet in plaintiffs cell, while he was in there, — backed up raw Sewage, Spewing out violently leaving 3 to 4 inches of raw Sewage, fecal matter and human wastes in Plaintiffs cell while he was in it. This happened on Several occasions during his Stay There. On one occasion, it occured very early in the morning Plaintiff was awakened to the sounds of inmates screaming and a the Sound of raw Sewage coming out of the toliet. One occasion, Plaintiff Slipped and fell in the cell, causing Substantial Pain and injury. He slipped because there was over 3 inches of raw Sewage in his cell, he was attempting to Save his property.

5. The administration did not adequately Sanitize the tier. Some of the occasions the Plaintiff would come back up to the tier and there would Still be fecal matter Stuck on the walls in his cell and under the floor tiles in his cell. The smell lasted weeks on end.

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

6. The Plumbers (DFM Employees 1 and 2) were asked by inmates what's wrong with the plumbing. They simply shrugged their shoulders. Stating "I don't know we rodded it out already" while eating Sunflower seeds.

7. Sgt. ████, the commander and Superintendent all admitted that this has been occuring for "years". But Thomas admitted the issue is alot "Bigger than you all think it is".

8. One occation, while Plaintiff was housed on 1-Q, CCDOC records indicated the tier was "closed", when in fact it was not.

9. Sgt. ████ came to the tier and stated "It's not that bad, your all acting like you never smelled it before"

10. All of the defendants had first hand knowledge that there was a serious health risk posed to inmates health because it was occuring for "years", and knew, if they didn't know how to fix it, then had a duty to close down and secure the area. This happened Several occations within the knowledge of all defendants while,

Plaintiff was housed there. Every Defendant,
Sgt ████████, Thomas, The Plumbers and their Supervisor
knew a few things to make their actions rise
to (or inactions) the level of deliberate indifference
Firstly they knew that it repeatedly occurs, Secondly they
knew most of the time, when it does occur — that inmates
are locked in their cells, they know that when it happens,
it happens violently, and includes multiple inches of
Human wastes, urine, fecal matter and leaves inmates
like Plaintiff to walk around in it in their cells and be
repeatedly exposed to it while trying to save their property.
They knew that the problem was "alot bigger" than
simply rodding out a pipe and intentionally kept the
tier open when their General orders / policies mandate them
to permanently close it. The Defendants forseen every
instance that Plaintiff was forced to be exposed to a pond
of sewage in his own cell. They knew it was going to
happen before it happened, but allowed him to be exposed
anyway.


11. A couple of the occasions Plaintiff was forced to
stay in his cell for over an hour by the defendants,
in the fecal matter. On another occasion, they simply
gave Plaintiff a broom

12. Some of the occasions Plaintiffs water was completely turned off in his cell, leaving him no ability to even clean up on his own.

13. Plaintiff, by being exposed to fecal matter intentionally by defendants caused him to be suseptable to diseases such as hepatitis, Shingella and other serious diseases. He need not contract a disease for it to be a constitutional violation. Since the exposure itself to future risk of harm is actionable.

14. Plaintiff slipped and fell while attempting to save his Property. He contracted a form of a skin irritation from the occurance which was eventually treated after months of complaints. The fall also made his foot bleed.

15. The Defendants knew of the forseeable risk of exposure to human wastes and deliberately disregarded the risk. They created the inevitable scenario where Plaintiff would be exposed to inches of raw human wastes in his cell and knew that fecal matter stayed stuck on his walls in his cell, and under the floor tiles in the cell for weeks on end if not months without giving him the proper supplies to clean it.

16. The Defendants actions or inactions Caused Plaintiff injury and months upon months of exposure and occurance upon occurance. It took Defendants 3 to 4 months to finally close the tier and permanently move Plaintiff. Something they were supposed to do immediately according to their policies/G.o's.

## Count I:

## Deliberate Indifference To Safety And Health Against Tate, ~~ACJ~~/ & Thomas
SGT.

17. Plaintiff incorporates by reference Paragraphs 1-16 as though fully set forth in this count 1.

18. CCDOC responded to the multiple grievances, by Stating that the issue was "resolved", while at the Same time knowing that the issue was in fact not resolved. They made no meaningful assessment of the Status of the repairs, if any orders at all.

19. McCoy, Tate and Thomas are all liable for deliberate indifference to safety and health as that, they sat by and allowed it to occur on multiple occations, while plaintiff was housed there when they had a duty to close down the area if a repair issue cannot be resolved.

20. They all had personal knowledge that the risk of exposure to human wastes existed, and intentionally disregarded that imminent risk, knowing Plaintiff will have to live through the ordeal over and over again, and possibly contract Hepatitis, Shingella or other serious diseases.

## Count II
### Deliberate Indifference To Safety And Health, Against OFM Employees 1, 2 & 3

21. Plaintiff incorporates by reference paragraphs 1-20, as though fully set forth in this count 2.

22. CCDFM employees 1, 2 (plumbers) and their supervisor (DFM #3) were all deliberately indifferent to Plaintiff's health and safety. They knew that rodding out a pipe for years, however many times was not the source of the problem, but because of laziness and not having the necessary experience, knowledge or training — intentionally took the easy route and did work they knew wouldn't resolve the problem. Some occasions they were seen laughing about the situation. They knew the real problem was difficult and costly to fix and intentionally didn't fix it

## Count III:
## Negligence Against All Defendant

23 17. Plaintiff incorporates by reference paragraphs 1-16 [23] as though fully set forth in this count III.

24 18. Defendants are all responsible for providing plaintiff with a safe and Healthy Shelter and overall living environment. And in the event that shelter gets compromised, they were duty bound to immediately address it or close the area down. Defendants owed plaintiff a duty of care and they breached that duty, by further exposing plaintiff to raw sewage and human wastes.

## Count IV
## Indemnification

19. Plaintiff restates Para. 17.

26 20 19. Cook county is the indemnifying entity for the actions or inactions of the defendants described above. Plaintiff demands that in the event the defendants are to be found liable for one or more of the claims set forth herein, that cook county be found liable for any damages incurred thereon.

# Conclution.

27. Plaintiff Suffered Physical and emotional injuries while being exposed to human wastes. He Slipped and fell which caused Substential injury and pain. He has or feels constant anxiety, stress and nightmares since then. When a toliet flushes he jumps down from the bunk in fear thinking its always reoccuring. Plaintiff is entitled to compensatory and punitive damages, and seeks the same.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## V.    Relief:

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite
no cases or statutes.

1: Compensatory Damages ;   2: Punitive Damages - 3: Any
damages that may become known to Plaintiff in the future.

The amounts shall be disclosed at a later date.

VI.    The plaintiff demands that the case be tried by a jury.    ☑ YES    ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this
Complaint are true to the best of my knowledge, information and
belief.  I understand that if this certification is not correct, I may be
subject to sanctions by the Court.

Signed this _15_ day of _Jan_ , 20_17_

_____
(Signature of plaintiff or plaintiffs)

_____Firas Ayoubi_____
(Print name)

_____2012-1207168_____
(I.D. Number)
_____Cook co jail_____

_____2700 S. California Blvd._____

_____Chicago, IL, 60608_____
(Address)

Revised 9/2007
[If you need additional space for ANY section, please attach an additional sheet and reference that section.]